## RECONSIDERATION OF PRIOR DECISIONS

**2004–1943.   Borkowski v. Shaffer.**
Fulton App. No. F–04–029. Reported at 105 Ohio St.3d 1452, 2005-Ohio-763, 823 N.E.2d 457. On motion for reconsideration. Motion denied.

**2004–2000.   Paar v. Jackson Twp. Bd. of Trustees.**
Stark App. No. 2003CA00334. Reported at 105 Ohio St.3d 1453, 2005-Ohio-763, 823 N.E.2d 457. On motion for reconsideration. Motion denied.

**2004–2105.   State ex rel. Ham v. Court of Appeals, Seventh Appellate Dist.**
In Mandamus and Prohibition. Reported at 105 Ohio St.3d 1449, 2005-Ohio-763, 823 N.E.2d 455. On motion for reconsideration. Motion denied.

**2005–0128.   Avery v. Money.**
In Habeas Corpus. Reported at 105 Ohio St.3d 1450, 2005-Ohio-763, 823 N.E.2d 455. On motion for reconsideration. Motion denied.